**Mario Howard LLOYD, Plaintiff—Appellant,**

v.

**United States of America, Defendant—Appellee,**

**and**

**Henry LUSK, Food Administrator, Defendant.**

**No. 05–6188.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 3, 2005.

Mario Howard Lloyd, Appellant pro se. Christie Newman, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

PER CURIAM:

Mario Howard Lloyd appeals the district court's order accepting the report and recommendation of the magistrate judge, granting summary judgment to Defendants, and dismissing his claims filed under the Federal Tort Claims Act and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lloyd v. United States,* No. CA–02–3291–2–27–AJ (D.S.C. filed Jan. 7, 2005 & entered Jan. 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*